JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER BLUEEARTH, | ) | Case No. CV 12-89-SP |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| VIMAL J. SINGH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 31, 2013

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE